

Date: 6/14/2022

Appraisal Number – 22JP101406

Description of Article: **Custom Diamond Miami Cuban Chain**

| | |
|---|---|
| Carat: | 120.10 TCW Approx. |
| Shape & Cut: | Round Cut |
| Color: | F-G |
| Clarity: | VVS |

### Additional Info.

| | |
|---|---|
| Metal Purity: | 14K Yellow Gold |
| Total Weight: | 685 Grams |





**$134,999**

Estimated Retail Replacement Value
For Insurance Purposes Only

**Comments:** Graded As Mounting Permits

The estimated appraisal by the American Appraisal Association is the replacement value at which the product could be acquired and purchased in a retail store. All jewelry pieces are determined by gemological guidelines. The client should not predict to market the product for the appraised amount.

This report is based on generally accepted grading techniques. Characteristics are determined using master comparison stones, 10x loupe or binocular microscope, a millimeter gauge, UV lamp, and carat scale.



COPYRIGHT © 2022
TERMS AND CONDITIONS ON REVERSE

This Document Contains Security Features to Prevent Unauthorized Duplicates

GIA Gemologist



Date: 10/19/2022

## Appraisal Number – 22JP111910

### Description of Article: Cartier Santos Custom Diamond Watch

| | |
|---|---|
| Model Number: | 4072 |
| Serial Number: | 139032XX |
| Movement: | Automatic |
| Bezel: | Diamond Bezel |
| Dial: | Diamond Dial |
| Bracelet: | Stainless Steel with Diamonds |
| Case: | 40 mm |

### DIAMONDS:

| | |
|---|---|
| Carat: | 25.65 CT. Appro... |
| Cut: | Round Brilliant |
| Color: | F-G |
| Clarity: | VS |



**$30,175**

Estimated Retail Replacement Value
For Insurance Purposes Only

**Comments:** Graded As Mounting Permits

The estimated appraisal by the American Appraisal Association is the replacement value at which the product could be acquired and purchased in a retail store. All jewelry pieces are determined by gemological guidelines. The client should not predict to market the product for the appraised amount.

This report is based on generally accepted grading techniques. Characteristics are determined using master comparison stones, 10x loupe or binocular microscope, a millimeter gauge, UV lamp, and carat scale.



COPYRIGHT © 2022
TERMS AND CONDITIONS ON REVERSE
🔒 This Document Contains Security Features to Prevent Unauthorized Duplicates

GIA Gemologist

US_002348

# Certificate of Authenticity

This document serves as a certificate of authenticity and has been prepared to provide an estimate of replacement cost for the purpose of obtaining insurance. Any other use of this document is invalid, i.e. this document cannot be used for purposes of returns, trade-ins, exchanges or guarantees, etc. It is not a valuation for resale or an offer to buy. The jewelry item described below was purchased from ▮▮▮▮▮▮▮▮▮▮ and is the property of:

SKU: 2336760, 2308988, 2308988, 2479587

Date Of Purchase: 12/17/2021

Insurance Replacement Estimate: $100,000.00  (Not including applicable sales tax)

Description: AGS PC 5.01ct J/I1 center set in 2.49ctw Halo PR Seamless 18kw semi with two 14kw 2ctw RD dia prong set band's soldered on each side. Ring total weight is 11.5ctw

Center Stone Information:  Carat Weight: 5.01   Color: J   Clarity: I1
Grading Report Number: AGS 104116748010

## DISCLOSURE OF CONDITIONS AFFECTING ACCURACY OF ESTIMATES AND DESCRIPTION

1. The above Insurance Replacement Estimate represents a legitimate selling price, which is usually the customer?s price for the item described.
2. Although the above Insurance Replacement Estimate represents a legitimate selling price for the item described, it may be different than what the customer paid due to possible application of discounts and/or trade-ins at the time of purchase.
3. The metal content, gemstone quality and quantity are stated as represented by the manufacturer. It is impractical to remove each gemstone for weighing and keener grading, therefore we selectively test samples of the items we stock to confirm that the information supplied by the manufacturer is reliable.
4. All gem stones are evaluated in their mountings to the extent that the mountings permit examination.
5. Each colored stone on this report may have been subjected to a stable color treatment process which is universally accepted and practiced by the gem and jewelry trade.
6. If a photograph accompanies this report, it is intended only to document design and general appearance and is not necessarily an accurate reproduction of scale, color, quality or condition.
7. We have attempted to provide accurate gemstone grading information within normal and reasonable gemological ranges. However, legitimate opinions of quality and grade may vary upon reexamination or examination by another gemologist.

Management Authorization:

(Print)   (Signature)

Store Number / Name: ▮▮▮▮▮▮▮▮▮▮   Date: 03/22/2022

1313

US_002349

Date: 4/7/2022

Appraisal Number - 22RF110704

Description of Article: Custom Diamond Cross Pendant

Carat: 8.50 TCW Approx.
Shape & Cut: Princess & Round Cut
Color: H & Blue*
Clarity: SI

**Additional Info**
Metal Purity: 14K Yellow Gold
Total Weight: 64.1 Grams



Comments: Graded As Mounting Permits
*Treated Color

$7,995

Estimated Retail Replacement Value
For Insurance Purposes Only

The estimated appraisal by the American Appraisal Association is the replacement value at which the product could be acquired and purchased in a retail store. All jewelry pieces are determined by gemological guidelines. The client should not predict to market the product for the appraised amount.

This report is based on generally accepted grading techniques. Characteristics are determined using master comparison stones, 10x loupe or binocular microscope, a millimeter gauge, UV lamp, and carat scale.

COPYRIGHT © 2022
TERMS AND CONDITIONS ON REVERSE
🔒 This Document Contains Security Features to Prevent Unauthorized Duplicates

GIA Gemologist

US_000001

Date: 4/7/2022

Appraisal Number – 22RF120704

Description of Article: Custom Diamond Cross Pendant & Diamond Cuban Chain

Carat: 38.50 TCW Approx.
Shape & Cut: Round Cut
Color: G-H
Clarity: VS-SI

Additional Info.
Metal Purity: 14K Yellow Gold
Total Weight: 382.4 Grams
Length: 22 Inches




$56,795
Estimated Retail Replacement Value
For Insurance Purposes Only

Comments: Graded As Mounting Permits

The estimated appraisal by the American Appraisal Association is the replacement value at which the product could be acquired and purchased in a retail store. All jewelry pieces are determined by gemological guidelines. The client should not predict to market the product for the appraised amount.

This report is based on generally accepted grading techniques. Characteristics are determined using master comparison stones, 10x loupe or binocular microscope, a millimeter gauge, UV lamp, and carat scale.

COPYRIGHT © 2022
TERMS AND CONDITIONS ON REVERSE

US_000003



**Date:** 10/20/2021

**Appraisal Number** – 21JP102010

**Description of Article:** Custom Diamond Miami Cuban Chain

- Carat: 40.00 TCW Approx.
- Shape & Cut: Round Cut
- Color: F-G
- Clarity: VS

**Additional Info.**
- Metal Purity: 14K Yellow Gold
- Total Weight: 350.2 Grams





**$51,175**

Estimated Retail Replacement Value For Insurance Purposes Only

**Comments:** Graded As Mounting Permits

The estimated appraisal by the American Appraisal Association is the replacement value at which the product could be acquired and purchased in a retail store. All jewelry pieces are determined by gemological guidelines. The client should not predict to market the product for the appraised amount.

This report is based on generally accepted grading techniques. Characteristics are determined using master comparison stones, 10x loupe or binocular microscope, a millimeter gauge, UV lamp, and carat scale.

COPYRIGHT © 2021
TERMS AND CONDITIONS ON REVERSE
This Document Contains Security Features to Prevent Unauthorized Duplicates

GIA Gemologist

US_000004

Date: 4/7/2022

**Appraisal Number** – 22RF100704

**Description of Article:** Rolex DateJust Custom Diamond Watch

Model Number: 16233
Serial Number: P419892
Movement: Automatic
Bezel: Diamond Bezel
Dial: Diamond Dial
Bracelet: Stainless Steel and 18K Yellow Gold with Diamonds
Case Size: 36 mm

**Diamonds:**
Carat: 10.00 CT. Approx.
Cut: Round Brilliant Cut
Color: G-H
Clarity: VS-SI

**Comments:** Graded As Mounting Permits

The estimated appraisal by the American Appraisal Association is the replacement value at which the product could be acquired and purchased in a retail store. All jewelry pieces are determined by gemological guidelines. The client should not predict to market the product for the appraised amount.

$21,500

Estimated Retail Replacement Value
For Insurance Purposes Only

This report is based on generally accepted grading techniques. Characteristics are determined using master comparison stones, 10x loupe or binocular microscope, a millimeter gauge, UV lamp, and carat scale.

COPYRIGHT © 2022
TERMS AND CONDITIONS ON REVERSE

This Document Contains Security Features to Prevent Unauthorized Duplicates


US_000005